1  LOUIS A. HIGHMAN, ESQ., CA Bar No. 61703
   BRUCE J. HIGHMAN, ESQ., CA Bar No. 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone: (415) 982-5563
   Facsimile: (415) 982-5202
5
   Attorney for Plaintiff
6  SUZANNE SHIELDS

7  ROBERT A. DOLINKO, ESQ., CA Bar No. 076256
   DEBORAH R. SCHWARTZ, ESQ., CA Bar No. 208934
8  THELEN REID & PRIEST LLP
   101 Second Street, Suite 1800
9  San Francisco, California 94105-3601
   Telephone:  (415) 371-1200
10 Facsimile:  (415) 371-1211

11 Attorneys for Defendant
   THOMSON LEARNING INC.
12

13
               UNITED STATES DISTRICT COURT
14
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16

17 SUZANNE SHIELDS,                          Case No.: C 05-0785 MJJ

18                    Plaintiff,             STIPULATION AND [PROPOSED]
                                             ORDER TO EXTEND THE EARLY
19      vs.                                  NEUTRAL EVALUATION DEADLINE

20 THOMSON LEARNING INC.,

21                    Defendant.

22

23

24

25

26

27

28

FILED

JUL 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    Plaintiff Suzanne Shields ("Plaintiff") and Defendant Thomson Learning Inc.

2   ("Defendant") through their respective attorneys of record, stipulate and ask the Court to order as

3   follows:

## RECITALS

5    1.    Pursuant to the Local Rules regarding alternative dispute resolution, the parties

6   agreed to participate in an Early Neutral Evaluation ("ENE") in this matter.

7    2.    On May 27, 2005, the Court appointed Anne Libbin to serve as the Early Neutral

8   Evaluator and ordered the ENE to be completed by August 24, 2005.

9    3.    During a conference call with Ms. Libbin on June 22, 2005, the parties agreed that

10   the ENE would be most effective if initial written discovery and key depositions were conducted

11   before participating in the ENE.

12    4.    The parties now have served initial discovery and have scheduled depositions in

13   July.

14    5.    The parties and their representatives, however, are unable to schedule the ENE

15   during August because of conflicting schedules.  In another matter, Plaintiff's counsel has a trial

16   which is scheduled to begin on August 1, 2005 and last for at least two weeks. Defendant's client

17   representative who will be attending the ENE will be on vacation from August 15 through

18   August 30, 2005.

19    6.    The parties and their representatives have met and conferred and are all available

20   to participate in ENE on September 9, 2005.

21    7.    The parties have conferred with Ms. Libbin regarding extending the ENE

22   deadline.  Ms. Libbin has confirmed that she is available on September 9, 2005.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## STIPULATION

The parties hereby agree and stipulate to extend the deadline to complete the Early Neutral Evaluation from August 24, 2005 to September 9, 2005.

Dated:  June 30, 2005          HIGHMAN, HIGHMAN & BALL

By:_____/s/_____
              LOUIS HIGHMAN
              Attorneys for Plaintiff
              SUZANNE SHIELDS

Dated:  June 30, 2005          THELEN REID & PRIEST LLP

By:_____/s/_____
              DEBORAH R. SCHWARTZ
              ROBERT A. DOLINKO
              Attorneys for Defendant
              THOMSON LEARNING INC.

1

### ORDER

2      It is ordered that the deadline to complete the Early Neutral Evaluation in this matter is

3  extended from August 24, 2005 to September 9, 2005.

4

5  Dated: _____7/5/2005_____      _____

6                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28