1  LOUIS A. HIGHMAN, ESQ., CA Bar No. 61703
   BRUCE J. HIGHMAN, CA Bar No. 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Corporation
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone: (415) 982-5563
   Facsimile: (415) 982-5202
5
   Attorney for Plaintiff
6  SUZANNE SHIELDS

7

8  ROBERT A. DOLINKO, CA BAR NO. 76256
   DEBORAH R. SCHWARTZ, CA BAR NO. 208934
9  THELEN REID & PRIEST LLP
   101 Second Street, Suite 1800
10 San Francisco, California 94105-3601
   Telephone:   415-371-1200
11 Facsimile:   415-371-1211

12 Attorneys for Defendant
   THOMSON LEARNING INC.
13

FILED
NOV 22 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE SHIELDS,<br><br>          Plaintiff,<br><br>vs.<br><br>THOMSON LEARNING INC.,<br><br>          Defendant. | Case No.: C 05-0785 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #1017240 v1                           -1-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE/[Case No. C 05 0785 MJJ]

1   IT IS HEREBY STIPULATED AND AGREED, Pursuant to Rule 41(a)(1)(ii) of the
2   Federal Rules of Civil Procedure, the parties to the above-entitled action, plaintiff SUZANNE
3   SHIELDS and defendant THOMSON LEARNING INC., by and through their counsel of record,
4   hereby stipulate and agree that the above-entitled action shall be, and hereby is, DISMISSED
5   WITH PREJUDICE. Each of the parties shall bear its own attorneys' fees and costs.
6   IT IS FURTHER STIPULATED AND AGREED that the Court will retain jurisdiction
7   only to enforce the terms of the parties' settlement should that become necessary.

Dated: November 21, 2005

HIGHMAN, HIGHMAN & BALL

By   /s/ Louis Highman
Louis A. Highman
Bruce J. Highman
Attorneys for Plaintiff
SUZANNE SHIELDS

Dated: November 21, 2005

THELEN REID & PRIEST LLP

By   /s/ Deborah R. Schwartz
Robert A. Dolinko
Deborah R. Schwartz
Attorneys for Defendant
THOMSON LEARNING INC.

**ORDER**

IT IS SO ORDERED.

Dated: 11/22, 2005

_____
UNITED STATES DISTRICT COURT JUDGE